JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-06640-RGK (MANx) | Date | September 20, 2012 |
|---|---|---|---|
| Title | K.S. Choi d/b/a K.S. Corp. v. Dong Bang Acupuncture, Inc., et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| S. Williams (Not Present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Re: Dismissal of Plaintiff for Violation of Local Rule 83-2.10.1 and the Court's Order to Show Cause (DE 16); and Defendants Lhasa OMS Inc. and Matthew Pike's Motion to Dismiss (DE 4)

On June 25, 2012, K.S. Choi, d/b/a K.S. Corporation ("Plaintiff") filed a Complaint against Dong Bang Acupuncture, Inc. ("Dong Bang"), Kunsik Kim ("Kim"), Lhasa OMS, Inc. ("Lhasa"), Matthew Pike ("Pike"), and Does 1-10, inclusive for (1) breach of written contract, (2) unjust enrichment, and (3) injunction in California Superior Court. On August 1, 2012, Defendants removed this action to this Court.

Plaintiff appeared in this action *pro se* on behalf of K.S. Choi, d/b/a K.S. Corporation. An individual may appear in an action *pro se* pursuant to Local Rule 83-2.10.2; however, a corporation may not appear *pro se* pursuant to Local Rule 83-2.10.1. It is unclear from filings whether Plaintiff named as "K.S. Choi, d/b/a K.S. Corporation" is an individual or a corporation. To clarify this matter, on September 10, 2012, the Court ordered Plaintiff to show cause as to his legal status and his capacity to sue and defend by September 14, 2012.

Plaintiff has not responded to the September 10, 2012 order to show cause. Further, Plaintiff has not filed an Opposition to Defendants Lhasa OMS and Pike's Motion to Dismiss filed on August 7, 2012.

In light of the forgoing, the Court finds Plaintiff in violation of Local Rule 83-2.10.1, as a corporation may not appear *pro se* in an action. The Court **DISMISSES** Plaintiff's Complaint. The Court **DENIES as moot** Defendants' Lhasa OMS and Pike's Motion to Dismiss.

**IT IS SO ORDERED.**

           :      

Initials of Preparer